IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| OSEI YAW SARKODIE,<br><br>Plaintiff,<br><br>v.<br><br>SAMS CLUB (WAL-MART INCORPORATED),<br><br>Defendant. | Case No. 17-2284-GJH<br><br>Removed from:<br><br>Circuit Court for Montgomery County, Maryland |

## NOTICE OF REMOVAL

Defendant Sam's East, Inc. ("Defendant" or "Sam's") (erroneously named as "Sams Club (Wal-Mart Incorporated)"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal[1] of the above-captioned matter from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland. In support of removal, Defendant states as follows:

1. On or about July 11, 2017, *pro se* Plaintiff Osei Yaw Sarkodie initiated this action against Defendant in the Circuit Court for Montgomery County, Maryland.

2. On July 11, 2017, a sheriff's deputy personally handed a copy of the Summons and a copy of the Complaint in this matter to a Sam's co-manager. True and correct copies of all documents received by Defendant in the state court action are attached hereto as Exhibit 1 as required by 28 U.S.C. §1446(a). Accordingly, this Notice of Removal is timely and complete.

---

[1] By filing this Notice of Removal, Sam's does not waive any objections it may have as to service, jurisdiction, or venue.

3.      In his Complaint, Plaintiff appears to pursue a claim for discrimination on the basis of political affiliation and/or national origin.

4.      Because the Circuit Court for Montgomery County, Maryland, lies in the District of Maryland, this Court is the appropriate venue for removal. 28 U.S.C. §§ 100 and 1441(a).

5.      Based on the following, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.

6.      Upon information and belief, Plaintiff was at all relevant times and continues to be an individual residing in the State of Maryland.  (Compl. at ¶1 (address in Germantown, Maryland).)

7.      Defendant is a corporation organized under the laws of the State of Delaware.  At the time this action commenced and at the time of filing this Notice, Walmart has had its principal place of business in the State of Arkansas.  Therefore, for purposes of diversity, Walmart is a citizen of Delaware and Arkansas, and is not a citizen of Maryland.

8.      Plaintiff's Complaint contains a demand for a money judgment in the amount of five million dollars ($5,000,000).  (Compl. at ¶3.)

9.      Defendant is the only defendant named in this action and no other party is required to consent to the removal of this action to the United States District Court for the District of Maryland, Southern Division. 28 U.S.C. § 1446(b)(2)(A).

10.     Pursuant to 28 U.S.C. §1446(d), a true and complete copy of this Notice of Removal is being submitted for filing with the Clerk of the Circuit Court for Montgomery County, Maryland.  A copy of the Notice of Filing is attached as Exhibit 2.

2

11.    Written notice of the filing of this Notice of Removal will be provided to all parties who have appeared in this action as required by 28 U.S.C. § 1446(d).

12.    The required filing fee of four hundred dollars ($400.00) and an executed civil cover sheet accompany this Notice.

WHEREFORE, having fulfilled all statutory requirements, Defendant hereby removes this action from the Circuit Court for Montgomery County, Maryland, to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

LITTLER MENDELSON, P.C.

Dated: August 10, 2017

By: _____

Kevin M. Kraham (Fed. Bar No. 26220)
815 Connecticut Avenue, NW
Suite 400
Washington, D.C.  20006
202.842.3400 Telephone
202.842.0011 Facsimile
kkraham@littler.com

G. Bethany Ingle (MD Bar No. 20055)
1650 Tysons Boulevard
Suite 700
Tysons Corner, VA 22102
703.442.8425 Telephone
703.442.8428 Facsimile
gingle@littler.com

Counsel for Defendant

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 10th day of August, 2017, I caused a copy of the foregoing Notice of Removal to be filed with the Clerk of Court, and a copy to be served by U.S. Mail, upon:

> Osei Yaw Sarkodie
> P.O. Box 803
> Germantown, MD  20875
>
> Plaintiff *pro se*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on the 10th day of August, 2017, I caused a copy of the foregoing Notice of Removal to be filed in the Clerk's Office of the Circuit Court for Montgomery County, Maryland at the following address:

> Clerk of Court
> Circuit Court for Montgomery County, Maryland
> 50 Maryland Avenue
> Rockville, MD  20850

G. Bethany Ingle

4